**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80158-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARIO CHUN-REYNOSO**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 20]. On December 28, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 17]. There is no written plea agreement in this case. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 20]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Mario Chun-Reynoso as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Mario Chun-Reynoso is adjudicated guilty of Count One of the Indictment, which charges Defendant with illegal re-entry after removal, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

CASE NO. 21-80158-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of February 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record